UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ITSERVE ALLIANCE, et al.,

*Plaintiff*,

v.

DEPARTMENT OF HOMELAND SECURITY,

*Defendant*.

Civil Action No. 25-3527 (DLF)

**JOINT STATUS REPORT**

Pursuant to the Court's May 3, 2026 Minute Order, the Parties report as follows:

1. On June 29, 2026, USCIS sent responsive documents to Plaintiff.

2. On June 30, 2026, DHS sent responsive documents to Plaintiff.

3. To permit Plaintiff with time to review the documents and for the parties to discuss any issues, the parties request they file a further joint status report within the next thirty (30) days.

4. Upon review of Defendants' sparse production, Plaintiff asserts that the agency had failed to conduct an adequate search of its records, provided some data in an unusable format, and unlawfully withheld information.

5. For instance, Plaintiff has asked for evidence of a much-publicized program offering a financial incentive to foreign nationals who self deport. Plaintiff has requested data showing the number of individuals who self-deported, the amount of money paid to self-deportees, and documentation of where these funds originated from in the budget.

6. Plaintiff notes that the agency claims to be unable to find information responsive to this straightforward request.

7. Plaintiff therefore declines to consent to future extension requests because it contends the agency is not conducting a good faith search or production of data.

8. Defendant is currently researching several technical issues that Plaintiff identified with Defendant's production. As to the substance of the production and what Plaintiff believes is missing, Defendant remains willing to hear Plaintiff's concerns and work in good faith to identify any alleged missing materials.

* * *

Dated: June 30, 2026

/s/ Jonathan D. Wasden
JONATHAN D. WASDEN
MS Bar No. 100563
DDC MS0011
Wasden Law
2593 W Torana Dr
Meridian, ID 83646
Phone: (843)872-4978
Email: jon@wasden.law

*Attorney for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Amanda L. Torres_*
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*